Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**  FORM 3

| | |
|---|---|
| SOURCE GLOBAL, PBC,<br>          Plaintiff,<br>     v.<br>UNITED STATES,<br>          Defendant. | **S U M M O N S**<br><br>**Court No. 22-00009** |

**TO**:   The Attorney General of the United States, the U.S. Department of Commerce and/or the United States International Trade Commission

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Mario Toscano
Clerk of the Court

1. SOURCE Global, PBC ("SOURCE Global") is a U.S. importer of crystalline silicon photovoltaic cells from the People's Republic of China ("PRC"). SOURCE Global was a party to the changed circumstances reviews on crystalline silicon photovoltaic cells from the PRC in which the U.S. Department of Commerce issued the final results that are the subject of this appeal.
   (Name and standing of plaintiffs)

2. Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From the People's Republic of China: Final Results of Changed Circumstances Reviews, and Revocation of the Antidumping and Countervailing Duty Orders, in Part
   (Brief description of contested determination)

3. December 10, 2021
   (Date of determination)

4. December 17, 2021, 86 Fed. Reg. 71,615
   (If applicable, date of publication in Federal Register of notice of contested determination)

/s/ Martin Schaefermeier
    Signature of Plaintiff's Attorney

January 14, 2022
         Date

> Martin Schaefermeier
> DLA Piper LLP (US)
> 500 Eighth Street, N.W.
> Washington, D.C.  20004
> (202) 799-4423
> martin.schaefermeier@dlapiper.com

EAST\187593648.1

Form 3-2

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
Room 346
26 Federal Plaza
New York, New York  10278


Leslie Kiernan
General Counsel
U.S. Department of Commerce
Herbert C. Hoover Building
14th & Constitution Avenue, NW
Washington, DC  20230